AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| NATASCHA LINDEMANN <br><br> *Plaintiff(s)* <br> v. <br> C10 WELLNESS AND REJUVENATION CO; and DOES 1-10, inclusive <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-23659 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  C10 WELLNESS AND REJUVENATION CO
ATTN: ARMANDO SANGUILY
12750 SW 189 STREET
MIAMI, FL 33177

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rosemary G. Sparrow, Esq.
HIGBEE & ASSOCIATES
3110 W Cheyenne Ave Ste 200
Las Vegas, NV 89032
(813) 710-3013
rsparrow@higbee.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 24, 2024



**SUMMONS**

s/ M. Quezada
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court